USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Liebman,

        Plaintiff,

–v–

Ladenburg Thalmann Financial Services Inc., *et al.*,

        Defendants.

19-cv-11766 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed his Complaint on December 23, 2019. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve Defendants on or before March 23, 2020. As of this date, the Court is not in receipt of proof of service on Defendants. Accordingly, by April 17, 2020, Plaintiff shall file proof of service on Defendants, a status update regarding service, or a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    SO ORDERED.

Dated: April 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1